IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LEE R. OVERBEY, | ) |
| PLAINTIFF | ) |
| V. | ) CIVIL ACTION NO. 3:05-CV-488 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) |
| DEFENDANT. | ) |

## ORDER

This Social Security appeal is before the Court on plaintiff's objection [Doc. 18] to the Report and Recommendation filed by United States Magistrate Judge C. Clifford Shirley, Jr. on June 20, 2006 [Doc. 17]. Magistrate Judge Shirley recommended to grant defendant Commissioner's motion for summary judgment [Doc. 15] and to deny plaintiff's motion for summary judgement [Doc. 14].

Many, but not all of defendant's arguments/objections were previously raised and disposed of by the magistrate judge. As these arguments have already been analyzed or are without merit, the Court will only summarily address them here.

The Court concludes that the magistrate judge has thoroughly and correctly analyzed the legal issues presented. After a careful review of this matter, the Court is in complete agreement with Magistrate Judge Shirley's recommendation.

Therefore, the Court **ACCEPTS IN WHOLE** the Report and Recommendation. It is further **ORDERED** that the plaintiff's motion for summary judgement [Doc. 14] is **DENIED**; the Commissioner's motion for summary judgement [Doc. 15] is **GRANTED**; the

Commissioner's decision in this case denying the plaintiff's application for disability insurance benefits and supplemental security income benefits based on disability under the Social Security Act is **AFFIRMED**; and this case is **DISMISSED**.

ENTER:

S/Thomas W. Phillips
United States District Judge